JS-6

# UNITED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| HUSSEIN BERRI, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 8:18-cv-01951-AG-DFM<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 664.5;**<br><br>JUDGE: HON. ANDREW J. GUILFORD<br>LOCATION: 411 WEST 4TH STREET, SANTA ANA, CA 92701<br>DEPT: 10D |

# ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

The Court retains jurisdiction to enforce the terms of the settlement pursuant to Section 664.6 of the Code of Civil Procedure after the entire action is dismissed with prejudice.

Dated: September 13, 2019

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT